# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALPIDIO GONZALEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:17-CV-113 |
| | § | |
| WARDEN F.C.I. THREE RIVERS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The Court has received Petitioner's habeas petition (Dkt. No. 1), the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 10), and Petitioner's objections to the M&R (Dkt. No. 12).

After independently reviewing the record and applicable law, the Court **OVERRULES** Petitioner's objections, **ADOPTS** the M&R (Dkt. No. 10), and **DISMISSES** the above-captioned case.

Final judgment will be entered separately.

SIGNED this 28th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge